UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CARGILL,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-00415-KES-BAM<br><br>ORDER GRANTING JOINT STIPULATION FOR PARTIAL EXTENSION OF NON-EXPERT DISCOVERY DEADLINE<br><br>(Doc. 24) |

    Pursuant to the parties' stipulation, and good cause appearing, the non-expert discovery deadline is extended from November 14, 2025, to January 13, 2026, solely for the purpose of completing the following depositions:

        a. The three (3) noticed person most knowledgeable ("PMK") depositions;

        b. The remaining two (2) hours of Plaintiff's deposition of Sheriff Margaret A. Mims;

        c. One (1) additional non-expert deposition noticed by Plaintiff; and

        d. One (1) additional non-expert deposition noticed by Defendant.

All other non-expert discovery remains closed as of November 14, 2025.

    Defendants may still raise any objections they have to the three (3) noticed PMK depositions; however, they cannot object on the ground that the depositions are scheduled after the November 14, 2025 deadline.

    All other case deadlines, including but not limited to expert discovery deadlines,

1

dispositive motion deadlines, and trial dates, remain unchanged.

IT IS SO ORDERED.

Dated: **November 10, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2