**PRENTICE LONG, PC**
Margaret E. Long – SBN 227176
Caitlin Smith – SBN 269716
Andrew Plett – SBN 301735
2240 Court Street
Redding, CA 96001
Telephone:   (530) 691-0800
E-Mail:  margaret@prenticelongpc.com
          caitlin@prenticelongpc.com

Attorneys for Defendants County of Fresno,
Sheriff Margaret A. Mims, Lieutenant McCoy,
Officer Sunny Armenta (DOE 1), and
Sergeant Luis Figueroa (DOE 2)

**CARPENTER & ZUCKERMAN**
John C. Carpenter, Esq. – SBN 155610
Carlos A. Hernandez, Esq. – SBN 316905
Gabriel Minsal, Esq., LL.M. – SBN 347600
8827 West Olympic Boulevard
Beverly Hills, CA  90211
Telephone: (310) 273-1230
Email: teamcarpenter@cz.law

Attorneys for Plaintiff Jeremy Cargill

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CARGILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | No.  1:25-cv-00415-KES-FRS (EPG)<br><br>**JOINT STIPULATION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE; ORDER** |

/ / /

/ / /

/ / /

1

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**COME NOW** Plaintiff Jeremy Cargill, an individual ("Plaintiff"), and Defendants County of Fresno ("County"), Sheriff Margaret A. Mims, Lieutenant McCoy, Officer Sunny Armenta (Doe 1), and Sergeant Luis Figueroa (Doe 2) (collectively "Defendants"), by and through their respective counsels of record ("The Parties"), to stipulate as to the following:

**WHEREAS**, pursuant to the Scheduling Conference Ordered entered by this Court on September 10, 2025, Expert Discovery cuts off on February 20, 2026. (ECF No. 16.)

**WHEREAS**, The Parties are scheduled to engage in mediation on February 23, 2026, and hope to reach a settlement in this case;

**WHEREAS**, The Parties require additional time to complete their analyses and examinations of the various expert witnesses in this case;

**WHEREAS**, the parties wish to extend the Expert Discovery Cutoff until March 27, 2026, to provide the parties the opportunity to resolve this matter before incurring substantial expenses in expert witness fees and deposition costs;

**WHEREAS**, extending the Expert Discovery Cutoff will not prejudice any party and will promote the interest of justice by allowing the parties to engage in meaningful mediation efforts;

**NOW, THEREFORE**, the parties stipulate and agree, and respectfully request that the Court order, as follows:

1.     The Expert Witness discovery deadline is extended from February 23, 2026, to March 27, 2026.

2.     All other case deadlines, dispositive motion deadlines, and trial dates, remain unchanged.

/ / /

This stipulation is entered into in good faith to promote judicial efficiency and the fair resolution of this matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  January 14, 2026                    CARPENTER & ZUCKERMAN

By:    _____
       JOHN C. CARPENTER
       CARLOS A. HERNANDEZ
       GABRIEL MINSAL
       Attorneys for Plaintiff Jeremy Cargill


Dated:  January 14, 2026                    PRENTICE LONG, PC

By:     */s/ Margaret E. Long*
       MARGARET E. LONG
       CAITLIN SMITH
       ANDREW PLETT
       Attorneys for Defendants County of
       Fresno, Sheriff Margaret A. Mims,
       Lieutenant McCoy, Officer Sunny
       Armenta (DOE 1), and Sergeant
       Luis Figueroa (DOE 2)

3

**ORDER**

Pursuant to the stipulation of the parties (Doc. 27), and good cause appearing, IT IS HEREBY ORDERED that:

1. The Expert Discovery Cutoff is extended from February 20, 2026, to **March 27, 2026** as stipulated. (Doc. 27.)

2. The Pretrial Motion Filing Deadline is extended from March 13, 2026 to **April 17, 2026**.

3. The Pretrial Conference is moved from August 24, 2026 to **September 28, 2026 at 1:30 p.m.** in Courtroom 6 (KES) before United States District Judge Kirk E. Sherriff.

4. The trial date is moved from October 20, 2026 to **December 1, 2026 at 9:00 a.m.** in Courtroom 6 (KES) before United States District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:    **January 15, 2026**                    /s/ _Eric P. Grosp_

UNITED STATES MAGISTRATE JUDGE

4