UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CARGILL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No.  1:25-cv-00415-KES-FRS (EPG)<br><br>**ORDER ON JOINT STIPULATION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE**<br><br>(Doc. 29) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The joint stipulation for extension of the expert discovery deadline (Doc. 29) is entered.

2. The Expert Witness discovery deadline is extended from March 27, 2026 to **May 26, 2026**.

3. The issue of allowing the supplementation of any parties' expert supplemental reports is hereby tolled until after the mediation has been finalized but before the May 26, 2026 deadline to permit the parties to engage in further mediation efforts.

4. All other case deadlines, including, but not limited to, trial dates, remain unchanged.  The Court notes that the parties have not requested an extension of the Pretrial Motion Filing Deadline, which remains set for April 17, 2026.  (Doc. 28.)

IT IS SO ORDERED.

Dated:    **March 23, 2026**                        /s/ _Erica P. Grosjean_
                                                        UNITED STATES MAGISTRATE JUDGE

1