UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CARGILL, an individual, | Case No. 1:25-cv-00415-KES-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 36) |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**COME NOW** Plaintiff Jeremy Cargill, an individual ("Plaintiff"), and Defendants County of Fresno ("County"), Sheriff Margaret A. Mims, Lieutenant McCoy, Officer Sunny Armenta (Doe 1), and Sergeant Luis Figueroa (Doe 2) (collectively "Defendants"), by and through their respective counsels of record ("The Parties"), to stipulate as to the following:

**WHEREAS**, pursuant to this Court's Order on Joint Stipulation entered March 23, 2026, the expert witness discovery deadline is currently scheduled for May 26, 2026. (ECF No. 30.)

**WHEREAS**, the Parties have undergone mediation with a new mediator on May 12, 2026, and have mutually agreed to entertain a mediator's proposal in a good faith attempt to resolve this litigation and avoid expending this Court's resources and time at trial;

**WHEREAS**, the parties wish to extend the Expert Discovery Cutoff until August 28, 2026, to provide the parties the opportunity to resolve this matter before incurring substantial expenses in expert witness fees and deposition costs;

**WHEREAS**, extending the Expert Discovery Cutoff will not prejudice any party and will promote the interest of justice by allowing the parties to engage in meaningful settlement efforts.

**NOW, THEREFORE**, the parties stipulate and agree, and respectfully request that the Court order, as follows:

1.    The Expert Witness discovery deadline is extended from May 26, 2026, to August 28, 2026; and

2.    All other case deadlines, dispositive motion deadlines, and trial dates, remain unchanged.

This stipulation is entered into in good faith to promote judicial efficiency and the fair resolution of this matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  May  13, 2026                    CARPENTER & ZUCKERMAN

By:    */s/ Gabriel Minsal*
JOHN C. CARPENTER
CARLOS A. HERNANDEZ
GABRIEL MINSAL
Attorneys for Plaintiff Jeremy Cargill

Dated:  May ____, 2026                    PRENTICE LONG, PC

By:    */s/ Margaret E. Long*
MARGARET E. LONG
ANDREW PLETT
SCOTT MCLERAN
Attorneys for Defendants County of

Fresno, Sheriff Margaret A. Mims, Lieutenant McCoy, Officer Sunny Armenta (DOE 1), and Sergeant Luis Figueroa (DOE 2)

ORDER

Pursuant to the parties' stipulation (ECF No. 36), and good cause appearing, IT IS HEREBY ORDERED that:

(1) The above joint stipulation is GRANTED;

(2) The expert witness discovery deadline shall be extended from May 26, 2026, to August 28, 2026; and

(3) All other case deadlines, including, but not limited to, trial dates, remain unchanged.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE