UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY CARGILL,

Plaintiff,

v.

COUNTY OF FRESNO, et al.,

Defendants.

Case No. 1:25-cv-00415-KES-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 41)

On September 15, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than forty-five (45) days from the date of this notice. (ECF No. 41.) The parties did not show good cause for filing dispositional documents forty-five (45) days after this notice, as opposed to filing dispositional documents within twenty-one (21) days. L.R. 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than October 6, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

Dated: **September 17, 2026**

UNITED STATES MAGISTRATE JUDGE