UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY CARGILL,

Plaintiff,

v.

COUNTY OF FRESNO, et al.,

Defendants.

Case No. 1:25-cv-00415-KES-FJS

ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 43)

On October 6, 2026, plaintiff filed a declaration requesting the court to extend the time to file dispositional documents. (ECF No. 43.) Plaintiff indicated that additional time was required for the settlement agreement to be fully executed and payment tendered. (ECF No. 43 ¶¶ 5-6.) Accordingly, good cause appearing, it is HEREBY ORDERED that Plaintiff shall file, or ensure the filing of, dispositional documents no later than December 4, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 7, 2026**

UNITED STATES MAGISTRATE JUDGE